Argued September 5, No. 14198 affirmed,
No. 14199 remanded for entry of correct judgment October 1,
reconsideration denied November 15,
petition for review denied December 27, 1979 (288 Or 253)

STATE OF OREGON,
*Respondent,*
*v.*
LEONARD SETERA,
*Appellant,*
(No. 88752, CA 14198)


STATE OF OREGON,
*Respondent,*
*v.*
LEONARD SETERA,
*Appellant.*
(No. 78-08-549, CA 14199)

Cases Consolidated

600 P2d 512

Argued and submitted September 5, 1979.

Howard R. Lonergan, Portland, argued the cause for appellant. With him on the brief was A. I. Bernstein, Portland.

Robert C. Cannon, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Joseph, Presiding Judge, and Lee and Richardson, Judges.

PER CURIAM

## PER CURIAM

In case number 14199, the state concedes that the judgment order was in error insofar as it designated the conviction on Count II (which charged a misdemeanor) as a felony, and the conviction on Count III (which charged a felony) as a misdemeanor. Case number 14199 is remanded for entry of a correct judgment order and is affirmed in all other respects.

Number 14198 is affirmed.